COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
|  | § |  |
| Mutombo Kankonde and East-Side Oncology Clinic, PLLC, | § | No. 08-20-00052-CV |
|  | § | Appeal from the |
| Appellants, | § | 205th District Court |
| v. | § | of El Paso County, Texas |
| Nagender Mankan, | § | (TC# 2019-DCV-2833) |
| Appellee. | § |  |
|  | § |  |
|  | § |  |

## O R D E R

On February 24, 2020, this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On March 3, 2020 Appellee filed an objection. The Court finds Appellee's objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted and the Record shall be filed in this Court on or before April 4, 2020.

IT IS SO ORDERED this 5th day of March, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.